LAW OFFICES

# FRANCIS & MAILMAN
A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

March 21, 2012

*Via ECF*
The Honorable Stanley R. Chesler
United States District Court
District of New Jersey
Post Office & U.S. Courthouse
50 Walnut Street, Room PO 08
Newark, NJ 07101

*Re: Totino v. Trans Union, LLC, et al., No. 11-5843*

Dear Judge Chesler:

    I am writing to inform the Court that Plaintiff has reached a settlement with the Defendant Trans Union, LLC in the above-referenced matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure dismissing all claims as to this defendant only.

Respectfully Submitted,

GEOFFREY H. BASKERVILLE

GHB/dnr

cc:    The Honorable Michael A. Shipp (via ECF Notification)
        Debra M. Albanese, Esq. (via ECF Notification)
        Dorothy A. Kowal, Esq. (via ECF Notification)
        William R. Brown, Esq. (via ECF Notification)
        Christa J. Jewsbury, Esq. (via ECF Notification)
        Kevin C. Meacham, Esq. (via ECF Notification)
        William H. Grae, Esq. (via ECF Notification)
        Jason A. Spak, Esq. (via ECF Notification)
        Patrick J. Murphy, III, Esq. (via ECF Notification)
        Agnes Antonian, Esq. (via ECF Notification)

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.